■ In the Matter of the Estate of ALBERT E. FARONE, Deceased. JOSEPH F. KEHOE et al., Respondents; ALBERT E. and ANGELA T. FARONE FOUNDATION, INC., Appellant, et al., Respondents.—Motion granted, without costs, and the Otsego County Surrogate's Court is authorized, pursuant to SCPA 2302 (6), to determine whether and in what amount petitioners should be allowed counsel fees (see, Matter of Hedrick, 52 AD2d 1035). Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

(December 20, 1985)

■ In the Matter of LUKE J. SMITH, Appellant, v EDWARD ROSSI et al., Constituting the Board of Elections of the County of Schenectady, et al., Respondents. (Proceeding No. 1.) In the Matter of HELEN E. REYNOLDS, Appellant, v EDWARD ROSSI et al., Constituting the Board of Elections of the County of Schenectady, et al., Respondents. (Proceeding No. 2.)—Appeal from a judgment of the Supreme Court at Special Term (Walsh, Jr., J.), entered December 6, 1985 in Schenectady County, which, in two proceedings pursuant to Election Law § 16-106, declared valid certain military and absentee ballots cast for the office of Member of Town Council, Town of Niskayuna, in the November 5, 1985 general election.

Judgment affirmed, without costs. No opinion. Mahoney, P. J., Kane, Casey, Weiss and Harvey, JJ., concur.

■ In the Matter of the Application of ANDREW F. CAPOCCIA for Reinstatement as an Attorney.—Application for reinstatement granted and petitioner, Andrew F. Capoccia, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. Mahoney, P. J., Kane, Main, Casey and Yesawich, Jr., JJ., concur.